No. 1217. WARD v. AUCTIONEERS ASSOCIATION OF SOUTHERN CALIFORNIA ET AL. June 11, 1945. Petition

for writ of certiorari to the District Court of Appeal, 2nd Appellate District, of California, denied. *Messrs. Clarence A. Linn* and *Max Radin* for petitioner. *Mr. Maurice Schulman* for respondents. *Robert W. Kenny,* Attorney General of California, as *amicus curiae,* in support of the petition.